**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:                                                                    Case No.: 20-43129

Lisa Vitale,

`                                                                                Chapter 7

                                                                                Debtors.

## STATEMENT  PURSUANT TO  11 U.S.C § 522

I, Lisa Vitale, the debtor within, being duly sworn deposes and states the following under penalty of perjury:

1.      I am the debtor, social security number xxx-xx-1631, I filed for chapter 7 bankruptcy under case number 20-43129, which was filed on  August 27th, 2020.

2.       I make this affidavit as to the fact that I do not have paystubs as I am currently receiving SSD as my sole personal income. I am aware it is late but I have had health issues

_____
Lisa Vitale

Dated:Staten Island , NY
October 3, , 2020