WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000

Attorney Appearing: Alan Nisselson (anisselson@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| Lisa Vitale, | Chapter 7 |
| Debtor. | Case No. 1-20-43129-jmm |

### DECLARATION OF ALAN NISSELSON ON BEHALF OF WINDELS MARX LANE & MITTENDORF, LLP DISCLOSING REVISED PROFESSIONAL FEE HOURLY RATES

**ALAN NISSELSON**, declares under penalty of perjury, as follows:

1. I am a member of the law firm of Windels Marx Lane & Mittendorf, LLP ("**Windels Marx**"), which maintains New York offices located at 156 West 56th Street, New York, New York 10019. I am a member in good standing of the Bar of the State of New York and am admitted to practice in the United States District Courts for Southern District of New York and the Eastern District of New York. I am in all respects competent to make this Declaration in connection with the retention of Windels Marx as counsel for Alan Nisselson (the "**Trustee**"), Trustee of the Chapter 7 estate of Lisa Vitale, (the "**Debtor**") pursuant to section 327(a) and (d) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. As disclosed in the Trustee's application for authority to retain and employ Windels Marx as his counsel, Windels Marx periodically changes its hourly rates to adjust for economic and other conditions. Windels Marx last increased its hourly rates in January 2024 and has

determined that it now needs to increase its hourly rates in order to adjust for certain changes in economic conditions and increased operating costs.

3. Effective as of January 1, 2025, Windels Marx will increase the hourly rates of certain of its professionals which will provide services to the Trustee in the Debtor's case. The hourly rates of these professional will be increased as follows:

| Type of Professional | 2024 Hourly Rate Range | 2025 Hourly Rate Range |
|---|---|---|
| Partners | $740-$1,135 | $740-$1,200 |
| Associates | $575-$655 | $575-$690 |
| Counsel | $795-$950 | $795-$1,000 |
| Paraprofessionals | $280-$440 | $280-$440 |

4. Windels Marx has carefully considered these rate increases, as well as the rates of other law firms providing similar services, and I believe the new hourly rates for professionals to be charged by Windels Marx are reasonable.

5. I swear that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York　　　/s/ Alan Nisselson
　　　　December 10, 2024　　　　Alan Nisselson (anisselson@windelsmarx.com)
　　　　　　　　　　　　　　　　A Member of the Firm
　　　　　　　　　　　　　　　　WINDELS MARX LANE & MITTENDORF, LLP
　　　　　　　　　　　　　　　　156 West 56th Street
　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　Telephone: (212) 237-1000